FILED

MAR 16 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. W17-655M |
| v. | ) **INFORMATION** |
| JENNIFER M. JOHNSON, | ) [Count One: 18 U.S.C. §§ 7(3) & 13 and T.P.C. § 38.03 – Resisting Arrest] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§ 7(3) & 13 and T.P.C. § 38.03]

On or about February 25, 2017, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

JENNIFER M. JOHNSON,

did intentionally prevent or obstruct a person she knew is a peace officer or a person acting in the peace officer's presence and at his direction from effecting the arrest, search, or transportation of the defendant by using force against the peace officer or another, in violation of Title 18, United States Code, Sections 7(3) and 13 and Section 38.03 of the Texas Penal Code.

RICHARD L. DURBIN JR.
United States Attorney

By: _____
LEICIA S. GRANT
Special Assistant U. S. Attorney